OPINION — AG — THE ARTICLES OF AGREEMENT SET OUT IN 8 O.S. 1961 205 [8-205], SUPRA, OBLIGATE A BURIAL ASSOCIATION TO FURNISH PERSONAL SERVICES AND/OR MERCHANDISE TO A MEMBER OF THE ASSOCIATION EQUAL IN VALUE TO THE AMOUNT SET OUT IN THE AGREEMENT. IF THE TOTAL COST OF SERVICE AND MERCHANDISE EXCEEDS SAID SUM, THE BURIAL ASSOCIATION WOULD NOT BE OBLIGATED TO PAY THE EXCESS. HENCE, YOUR QUESTION IS ANSWERED IN THE NEGATIVE. (HARVEY CODY)